ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeal of -                                              )
                                                         )
Johnson Controls Federal Systems/Versar                  )    ASBCA No. 63090
  Joint Venture                                          )
                                                         )
Under Contract No. FA3002-08-D-0024                      )

APPEARANCE FOR THE APPELLANT:          Daniel F. Edwards, Esq.
                                          Taft Stettinius & Hollister LLP
                                          Columbus, OH

APPEARANCES FOR THE GOVERNMENT:        Caryl A. Potter, III, Esq.
                                          Air Force Deputy Chief Trial Attorney
                                       Siobhan Donahue, Esq.
                                          Trial Attorney

ORDER OF DISMISSAL

The parties have settled their dispute and jointly move to dismiss this appeal with prejudice.  We grant the request.  The appeal is dismissed with prejudice.

Dated:  April 14, 2023

_____
DANIEL S. HERZFELD
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 63090, Appeal of Johnson Controls Federal Systems/ Versar Joint Venture, rendered in conformance with the Board's Charter.

Dated: April 14, 2023

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals